IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO.

| | |
|---|---|
| SPINOSO REAL ESTATE GROUP, DLS, LLC, solely in the capacity as court appointed receiver pursuant to that certain Consent Judgment and Stipulated Order for Appointment of Receiver entered May 21, 2021 in the General Court of Justice, Superior Court Division County of Mecklenburg, State of North Carolina, successor-in-interest to TM Northlake Mall, LP,<br><br>       Plaintiff,<br><br>v.<br><br>AE OUTFITTERS RETAIL CO. and AMERICAN EAGLE OUTFITTERS, INC.,<br><br>       Defendants. | |

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OR PROPOSED INTERVENOR OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party or proposed intervenor to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must serve this form on the other parties to this action.

AE OUTFITTERS RETAIL CO. who is Defendant makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?

    ☐ Yes      ☒ No

2. Does the party have any parent corporations?
   [X] Yes    [ ] No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   American Eagle Outfitters, Inc.; AE Holdings Co.; AE Corporate Services Co.; AEO Management Co.

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   [ ] Yes    [X] No

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   [X] Yes    [ ] No

   If yes, identify the entity and the nature of its interest: American Eagle Outfitters, Inc. (named as a defendant)

5. Is the party a trade association?
   [ ] Yes    [X] No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A


s/ William R. Terpening                     September 5, 2023
_____             _____
Signature of Attorney                        Date