# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:23-CV-00566-MOC-SCR

| | |
|---|---|
| SPINOSO REAL ESTATE GROUP, DLS, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) **ORDER** |
| AE OUTFITTERS RETAIL CO., et. al., | )<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for David P. Vallas and Daniel J. Hoelting]" (Doc. Nos. 7&8) filed September 25, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: September 25, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge