IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:23-cv-566

| | |
|---|---|
| SPINOSO REAL ESTATE GROUP, DLS, LLC, solely in the capacity as court appointed receiver pursuant to that certain Consent Judgment and Stipulated Order for Appointment of Receiver entered on May 21, 2021 in the General Court of Justice, Superior Court Division, County of Mecklenburg, State of North Carolina, successor-in-interest to TM Northlake Mall, LP, <br><br>Plaintiff, <br><br>v. <br><br>AE OUTFITTERS RETAIL CO., and AMERICAN EAGLE OUTFITTERS, INC., <br><br>Defendants. | **AGREED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO DEFENDANTS' COUNTERCLAIMS AND HOLD RULE 26(f) CONFERENCE** |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO DEFENDANTS' COUNTERCLAIMS AND HOLD RULE 26(f) CONFERENCE**

Plaintiff, SPINOSO REAL ESTATE GROUP, DLS, LLC, solely in the capacity as court appointed receiver pursuant to that certain Consent Judgment and Stipulated Order for Appointment of Receiver entered on May 21, 2021 in the General Court of Justice, Superior Court Division, County of Mecklenburg, State of North Carolina, successor-in-interest to TM Northlake Mall, LP ("**Plaintiff**") and Defendants AE OUTFITTERS RETAIL CO., and AMERICAN EAGLE OUTFITTERS, INC. ("**Defendants**"), for their Agreed Motion for Extension of Time to File Answer to Defendants' Counterclaims and Hold Rule 26(f) Conference, state as follows:

1. Defendants AE OUTFITTERS RETAIL CO., and AMERICAN EAGLE OUTFITTERS, INC. ("**Defendants**") filed their Answer, Affirmative Defenses, and Counterclaims against

Plaintiff on September 12, 2023. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff's response to Defendants' Counterclaims was due on October 3, 2023.

2. On October 2, 2023, Plaintiff filed an Unopposed Motion for Extension of Time to File Responsive Pleadings to Defendants' Counterclaims, seeking an extension to October 4, 2023.

3. Shortly thereafter, counsel for Plaintiff and Defendants met and conferred regarding the lawsuit and agreed to extend the deadline for Plaintiff to file its Answer to the Counterclaims by thirty (30) days, or November 3, 2023, while the parties discuss a potential resolution to the lawsuit.

4. The parties further agreed that, based on Local Rule 16.1, the deadline for the parties to hold a Rule 26(f) conference is fourteen (14) days after Plaintiff's Answer deadline, or November 17, 2023.

5. The parties therefore respectfully request an extension of time, up to and through November 3, 2023, for Plaintiff to file its Answer to Defendants' Counterclaims, and up to and through November 17, 2023, for the parties to hold a Rule 26(f) conference.

6. This is the second request for an extension of time related to any filing this case.

7. The Parties make this request for additional time in good faith and do not anticipate any additional requests to further extend this deadline.

WHEREFORE, Plaintiff and Defendants respectfully request this Court enter an order extending Plaintiff's deadline to file an Answer to Defendants' Counterclaims up to and through November 3, 2023, extending the deadline for the parties to hold a Rule 26(f) conference up to and through November 17, 2023, and for such other and further relief as this Court deems just and proper under the circumstances.

| | |
|---|---|
| Dated: October 4, 2023. | Respectfully submitted, |
| AE OUTFITTERS RETAIL CO. and AMERICAN EAGLE OUTFITTERS | SPINOSO REAL ESTATE GROUP, DLS, LLC, solely in the capacity as court appointed receiver pursuant to that certain Consent Judgment and Stipulated Order for Appointment of Receiver entered on May 21, 2021 in the General Court of Justice, Superior Court Division, County of Mecklenburg, State of North Carolina, successor-in-interest to TM Northlake Mall, LP |
| By: */s/ William R. Terpening* | By: */s/ John B. Honeycutt, Jr.* |
| William R. Terpening<br>North Carolina Bar No. 36418<br>Terpening Law PLLC<br>221 West 11th Street<br>Charlotte, North Carolina 28202<br>Main line: (980) 265-1700<br>terpening@terpeninglaw.com | One of its Attorneys<br>John B. Honeycutt, Jr.<br>Honeycutt Law Firm, PLLC<br>Post Office Box 2484<br>Cornelius, North Carolina 28031<br>Telephone: (704) 997-5450<br>jbh@honeycutt-law.com<br><br>*- and -*<br><br>David P. Vallas<br>Daniel J. Hoelting<br>Pro Hac Vice<br>Polsinelli PC<br>150 North Riverside Plaza #3000<br>Chicago, Illinois 60606<br>Telephone: (312) 873-3620 |