# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

CASE NO. 3:23-cv-566-MOC-SCR

| | |
|---|---|
| SPINOSO REAL ESTATE GROUP, DLS, LLC, solely in the capacity as court appointed receiver pursuant to that certain Consent Judgment and Stipulated Order for Appointment of Receiver entered on May 21, 2021 in the General Court of Justice, Superior Court Division, County of Mecklenburg, State of North Carolina, successor-in-interest to TM Northlake Mall, LP,<br><br>Plaintiff,<br><br>v.<br><br>AE OUTFITTERS RETAIL CO, and AMERICAN EAGLE OUTFITTERS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), Plaintiff SPINOSO REAL ESTATE GROUP, DLS, LLC, solely in the capacity as court appointed receiver pursuant to that certain Consent Judgment and Stipulated Order for Appointment of Receiver entered on May 21, 2021 in the General Court of Justice, Superior Court Division, County of Mecklenburg, State of North Carolina, successor-in-interest to TM Northlake Mall, LP ("**Plaintiff**") and Defendants AE OUTFITTERS RETAIL CO and AMERICAN EAGLE OUTFITTERS, INC. ("**Defendants**") hereby dismiss, with prejudice, the above captioned matter, including all claims alleged in Plaintiff's Complaint for Breach of Lease and Defendants' Counterclaims, each party to bear its own attorneys' fees and costs.

So stipulated and agreed, this 6th day of February, 2024.

| | |
|---|---|
| AE OUTFITTERS RETAIL CO and AMERICAN EAGLE OUTFITTERS | SPINOSO REAL ESTATE GROUP, DLS, LLC, solely in the capacity as court appointed receiver pursuant to that certain Consent Judgment and Stipulated Order for Appointment of Receiver entered on May 21, 2021 in the General Court of Justice, Superior Court Division, County of Mecklenburg, State of North Carolina, successor-in-interest to TM Northlake Mall, LP |

By: /s/ William R. Terpening
      One of their Attorneys

William R. Terpening
N.C. Bar # 36418
Terpening Law PLLC
221 West 11th Street
Charlotte, North Carolina 28202
Main line: (980) 265-1700
Mobile: (704) 787-3091

By:   */s/ John B. Honeycutt, Jr.*
      One of its Attorneys

      John B. Honeycutt, Jr.
      N.C. Bar #18682
      Honeycutt Law Firm, PLLC
      Post Office Box 2484
      Cornelius, North Carolina 28031
      Telephone: (704) 997-5950

      *- and -*

      David P. Vallas
      Daniel J. Hoelting
      Pro Hac Vice
      Polsinelli PC
      150 North Riverside Plaza #3000
      Chicago, Illinois 60606
      Telephone: (312) 873-3620